UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| NERY ORTIZ ORTIZ<br><br>VS.<br><br>PAM BONDI, United States Attorney General; KRISTI LYNN NOEM, Secretary of the United States Department of Homeland Security; TODD M. LYONS, Director of United States Immigration and Customs Enforcement; MIGUEL VERGARA, ICE Harlingen Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; NORVAL VAZQUEZ, Warden, the GEO Group, Rio Grande Processing Center | § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 5:25-CV-132 |

## ORDER

On August 12, 2025, this Court reviewed Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. No. 1), and ordered Respondents to submit a response and serve it on Petitioner by September 11, 2025. (Dkt. No. 3 at 1). Additionally, the Court directed the Clerk of Court to serve copies of the Petition, (Dkt. No. 1), and the Order to Respond, (Dkt. No. 3), on Respondents via certified mail. (Dkt. No. 3 at 1).

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Court also **DIRECTS** the Clerk of Court to serve a copy of the Petition, (Dkt. No. 1), Order to Respond, (Dkt. No. 3), and this Order on the United States of America by serving the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, via certified mail. The United States Attorney for the Southern District of Texas Nicholas J. Ganjei or his designee may be served at 1000 Louisiana, Suite 2300, Houston, Texas 77002.

(signature on next page)

IT IS SO **ORDERED**.

**SIGNED** the 1st day of October, 2025.

                                                                Christopher dos Santos
                                                                United States Magistrate Judge