United States District Court
Southern District of Texas

**ENTERED**

November 07, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **NERY ORTIZ-ORTIZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:25-CV-132** |
| | § | |
| **PAMELA BONDI, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 17), Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), has been **GRANTED in part** and **DENIED in part**. The Court ordered the respondents to release Ortiz unless he was provided a bond hearing by October 23, 2025. (Dkt. No. 17 at 8). The Court ordered the parties to file an advisory on the status of the bond hearing or release by October 27, 2025. (*Id.*)

According to the Joint Advisory Regarding Status of Case, (Dkt. No. 18), Ortiz received a bond hearing on October 23, 2025. (*Id.* at 2). An immigration judge granted a bond in the amount of $7,000. (*Id.*). Ortiz's family paid the bond, and he was scheduled for release on October 27, 2025, at 7:00p.m. (*Id.*). He is no longer in Respondents' custody. Following the Court's order and Ortiz's release, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on November 7, 2025.

_____
John A. Kazen
United States District Judge